AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the Middle District of Florida
### Ocala Division

FILED
2016 JAN 11 AM 11:28
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Jean Joseph Frank
_Petitioner_

v.

Case No. 5:16-cv-13-OC-10PRL
_(Supplied by Clerk of Court)_

FCC-COLEMAN-MEDIUM, WARDEN
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JEAN JOSEPH FRANK
   (b) Other names you have used: JEAN FRANK
2. Place of confinement:
   (a) Name of institution: FCC-COLEMAN-MEDIUM
   (b) Address: POB 1032, Coleman, Florida 33521-1032
   (c) Your identification number: 63224-004
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: US District Court, Southern District, Miami Division
      (b) Docket number of criminal case: 03-20411-CR-MARTINEZ
      (c) Date of sentencing: 12-01-2003
   ☒ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☒ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Immigration Investigation Division Florida District Director's Office, 7880 Biscayne Boulevard, Miami, Florida 33138

   (b) Docket number, case number, or opinion number: Unknown

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Request for Asylum to be answered in file.

   (d) Date of the decision or action: N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: N/A

   (3) Docket number, case number, or opinion number: N/A

   (4) Result: N/A

   (5) Date of result: N/A

   (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: **N/A**

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes    ☒ No

   If "Yes," answer the following:   N/A

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes    ☒ No

   If "Yes," provide:
   (1) Name of court:   N/A
   (2) Case number:     N/A
   (3) Date of filing:  N/A
   (4) Result:          N/A
   (5) Date of result:  N/A
   (6) Issues raised:   N/A
                        N/A

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes    ☒ No

   If "Yes," provide:
   (1) Name of court:   N/A
   (2) Case number:     N/A
   (3) Date of filing:  N/A
   (4) Result:          N/A
   (5) Date of result:  N/A
   (6) Issues raised:   N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: <u>Immigration Issue.</u>

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: <u>5-10-2003</u>
(b) Date of the removal or reinstatement order: <u>12-01-2003</u>
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Date of filing: <u>N/A</u>
(2) Case number: <u>N/A</u>
(3) Result: <u>N/A</u>
(4) Date of result: <u>N/A</u>
(5) Issues raised: <u>N/A</u>

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court: <u>N/A</u>
(2) Date of filing: <u>N/A</u>
(3) Case number: <u>N/A</u>

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result:   N/A
  (5) Date of result:   N/A
  (6) Issues raised:   N/A

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes    ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:   N/A
    (b) Name of the authority, agency, or court:   N/A

    (c) Date of filing:   N/A
    (d) Docket number, case number, or opinion number: N/A
    (e) Result:   N/A
    (f) Date of result:   N/A
    (g) Issues raised:   N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Compel USCIS To Grant Request For Asylum.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I applied for Asylum before I was brought into custody. I did not receive a Response.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO:   Please see Attached Memorandum of Law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see Attached Memorandum of Law.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE:   Please see Attached Memorandum of Law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see Attached Memorandum of Law.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

GROUND FOUR: Please see Attached Memorandum of Law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see Attached Memorandum of Law.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

### Request for Relief

15. State exactly what you want the court to do: Remove Detainer; Answer Asylum Request; Put Approval Notice on Current A-File.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEAN JOSEPH FRANK,
    Petitioner,

v.

FCC-COLEMAN-MEDIUM, WARDEN,
    Respondent.
_____/

## MEMORANDUM OF LAW

COMES NOW, Petitioner Jean Frank who is a layman in law request that this PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 be construed liberally. <u>Haines v. Kerner,</u> 404 U.S. 519 (1972).

## STATEMENT OF FACTS

Petitioner arrived in the United States in 1991 from Guantanamo Bay from Haiti, which he departed Haiti to flee persecution. Petitioner's Father was assassinated, based on his affiliation with Political Party LA VALLAS. Petitioner was shot in the leg fleeing from the opposing party in 1999. Petitioner's Mother was assassinated as well as his Father. PETITIONER CAN NOT RETURN TO HIS NATIVE COUNTRY.

Prior to Petitioner's conviction for the offense that he is being detained, he filed an I-589 Application that was never answered. He has been incarcerated since 2003, and has never received the Status of his Asylum Application. Petitioner's 5th Amendment right to Due Process is in violation, based on <u>U.S. v. Martinez,</u> 793 F.3d 542 (2015). Procedural Due Process rights violated. Petitioner never received a response from USCIS. Petitioner's 8th Amend-

ment right have been violated simply because he is being faced with a Deportation Order back to Haiti to be subject to cruel and unusual punishment. <u>Atkins v. Virginia</u>, _____; and <u>Hall v. Florida</u>, _____. Based on 28 U.S.C. § 1345, this 2241 affords Petitioner the availability for relief.

Petitioner request the Detainer placed becomes removed; the Asylum Application that he filed becomes reinstated; and is answered and recorded in his file.

                                                        Respectfully Submitted,

*11-25-15*
Executed On

                                                Jean Joseph Frank
                                                #63224-004
                                                FCC-COLEMAN-MEDIUM
                                                POB 1032
                                                COLEMAN, FLORIDA
                                                33521-1032

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-25-15

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any